USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NTT AMERICA, INC.,

                Plaintiff,

-against-

TENNESSEE DATA SYSTEMS, LLC and
INTEGRIS SOLUTIONS GROUP, LLC,

                Defendants.

17 Civ. 8274 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objection to Judge Netburn's October 11, 2018 report and recommendation, ECF No. 62, the Court reviewed the recommendation and found "no clear error on the face of the record." *Santana v. United States*, 476 F. Supp. 2d 300, 302 (S.D.N.Y. 2007) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

    Accordingly, the Court ADOPTS Judge Netburn's thorough and well-reasoned report and recommendation in its entirety, (1) entering judgment jointly and severally against Defendants in the amount of $820,000, plus pre-judgment interest in the amount of $68,138.63; (2) entering judgment against Tennessee Data Systems, LLC for an additional $9,442,433.73, plus pre-judgment interest in the amount of $865,418.38; and (3) awarding $99,930.99 in attorney's fees and expenses against Tennessee Data Systems, LLC.

    The Clerk of Court is directed to enter judgment accordingly and to close the case.

    SO ORDERED.

Dated: October 29, 2018
       New York, New York

                                      ANALISA TORRES
                                   United States District Judge